UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:25-cv-10761-ODW (ASx) | Date | February 5, 2026 |
|---|---|---|---|
| Title | *TIGI LINEA CORP. et al v. COOL FREAKIN' GENIUS LLC* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**            **In Chambers**

The Court is in receipt of Defendant's Notice of Suggestion of Bankruptcy. (Dkt. No. 40.) Accordingly, all further proceedings in this action are **STAYED**. *See* 11 U.S.C. § 362(a)(1) (stating that the filing of a bankruptcy petition under this section operates as a stay of "the commencement or continuation . . . of a judicial . . . proceeding against the debtor."); *In re Gruntz*, 202 F.3d 1074, 1082 (9th Cir. 2000) (en banc) ("[J]udicial proceedings in violation of the automatic stay are void." (quoting *In re Shamblin*, 890 F.2d 123, 125 (9th Cir. 1989))).

All dates and deadlines are **VACATED**. The Court **ORDERS** the parties to file a joint status report **every 90 days** until this action is reinstated, with the status of the bankruptcy case proceedings, *In re Cool Freakin' Genius LLC*, No. 2:26-bk-11023-BB, United States Bankruptcy Court for the Central District of California. The first joint status report must be filed no later than **May 6, 2026**.

**IT IS SO ORDERED.**

                                                                               :  00

                                    Initials of Preparer   SE